United States Bankruptcy Court
Eastern District of Michigan

In re: Keith Anthony Morris,           Case No. 19-48278
                                                   Judge: Tucker

       Debtor.
_____/

<u>Debtor's Chapter 13 Confirmation Hearing Certificate</u>
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

       Trustee Objections:
       Issues:

       Creditor #1
       Objections:
       Issues:

       Creditor # 2:
       Objections:
       Issues:

3. _X_ Request an adjournment of the confirmation hearing to a date determined by the court, due to the following good cause: Debtor is looking to do a loan modification and requires an adjournment to address it. Debtor has a good payment history and a working wage order.

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.Bankr.R.P. 1017(f)(2), and the Court will enter an order of

dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will construe this as a notice by the debtor to convert to chapter 7 under Fed.Bankr.R.P. 1017(f)(3), and the Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

      _/s/ Christopher M. Carey_____
      Debtor's Attorney
      Christopher M. Carey (P51527)
      Dario Ianni (P67517)
      The Carey Law Group, PC
      23930 Michigan Ave.
      Dearborn, MI 48124
      313-274-2999
      ecf@careylawgroup.net